UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | | |
|---|---|---|
| IN RE: | * | NO. 09-50004 |
| | * | |
| STERLING GENERATIONS, LLC | * | CHAPTER 11 |
| | * | |
| *Debtor* | * | |

## JOINT MOTION TO APPROVE SALE OF PROPERTY FREE AND CLEAR OF LIENS TO CENTRAL PROGRESSIVE BANK

NOW INTO COURT, through undersigned counsel, comes Sterling Generations, LLC ("Debtor") and Central Progressive Bank ("CPB"), who with respect represent:

### JURISDICTION

**1.**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 (a) and (b) and pursuant to 28 U.S.C. §157.

### CORE PROCEEDING AND VENUE

**2.**

This is a core proceeding pursuant to 28 U.S.C. §157 (b)(2)(N). Venue of the Debtor's Case and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### PROCEDURE

**3.**

Procedurally, this matter is governed by Bankruptcy Rules 2002 and 6004.

**4.**

The Debtor filed this proceeding pursuant to Chapter 11 of the United States Bankruptcy Code on January 6, 2009.

**5.**

That on April 2, 2009, the Debtor filed a Motion to Sell Property Free and Clear of Liens and Establishing Sales Procedures ("Motion to Sell").

**6.**

Plymouth Park Tax Services, LLC ("Plymouth") filed an objection to the Motion to Sell and DJ Enterprises of Panama City, Inc., ("DJ") filed an opposition to the Motion to Sell.

**7.**

The Court conducted a hearing on April 24, 2009, on the Motion to Sell.

**8.**

The Debtor, CPB, Plymouth and DJ resolved the objection and opposition and the Court entered its Order Approving Motion to Sell Property Free and Clear of Liens and Establishing Sales Procedures on ("Order")

**9.**

Pursuant to that Order, the Debtor complied with the Sales Procedures and conducted an auction on June 1, 2009 at 10:00 a.m. at the offices of counsel for the Debtor.

**10.**

CPB was deemed by the Order to be a Qualified Bidder.

**11.**

No other entity or person qualified pursuant to the terms and conditions of the Order.

**12.**

CPB submitted the only bid in the sum of $10,500.000.00 for the Property as defined in the Order.

**13.**

The Debtor and CPB seeks an order from this Court approving the Sale of Property as defined and pursuant to the terms and conditions of the Order to CPB free and clear of all liens, claims and encumbrances.

WHEREFORE, Sterling Generations, LLC and Central Progressive Bank pray that:

1. That the Court approve the sale of the Property more particularly described on Exhibit "A" to Central Progressive Bank free and clear of all liens, claims and encumbrances;

2. That Central Progressive Bank be deemed a good faith purchaser under 11 U.S.C. §363(n);

3. That the entry of any order approving the sale of the Property to Central Progressive Bank not be stayed pursuant to the provisions of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure; and

4. For such other and further relief to which they may be entitled in law and equity.

Dated this 6th day of August, 2009.

/s/ D. Michael Chesser
Chesser & Barr, P.A.
1201 Eglin Parkway
Shalimar, FL. 32579
Telephone: (850) 651-9944
Facsimile: (850) 651-9867
Fl. Bar ID # 144850
Attorneys for Debtor

/s/ Robin B. Cheatham
Adams and Reese LLP
4500 One Shell Square
New Orleans, La. 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Attorneys for Central Progressive Bank

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy has been furnished to the following persons either via United States Mail on this 6th day of August, 2009, or via electronic mail on the date set forth on the Court's docket as the date of electronic service: OFFICE OF THE U.S. TRUSTEE, 110 East Park Avenue, Ste. 128, Tallahassee, FL. 32301; JERRY W. GERDE, Esquire, 239 E. 4th Street, Panama City, FL. 32401; W. KEITH FREDERICK, Esquire, Foley & Lardner, LLP, 100 N. Tampa St., Ste. 2700, Tampa, FL. 33602; TIMOTHY J. SLOAN, Esquire, P. O. Box 2327 Panama City, FL. 32401; and all creditors on the attached matrix.

/s/D. Michael Chesser
Attorney

ID# 34068-000-000

## Exhibit "A"

PARCEL 1
A PARCEL OF LAND BEING A PORTION OF ORIGINAL GOVERNMENT LOTS 1 AND 2 OF FRACTIONAL SECTION 27, TOWNSHIP 3 SOUTH, RANGE 16 WEST, BAY COUNTY, FLORIDA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

FOR A POINT OF BEGINNING, COMMENCE AT THE INTERSECTION OF THE SOUTH RIGHT-OF-WAY LINE OF HUTCHISON BOULEVARD (RIGHT-OF-WAY VARIES) AND THE EAST RIGHT-OF-WAY LINE OF CLARA AVENUE (100.00 FOOT WIDE RIGHT-OF-WAY); THENCE SOUTH 88 DEGREES 10 MINUTES 59 SECONDS EAST ALONG THE SOUTH RIGHT-OF-WAY LINE OF SAID HUTCHISON BOULEVARD, 20.94 FEET TO A POINT OF CURVATURE; THENCE SOUTHEASTERLY ALONG THE SOUTHERLY RIGHT-OF-WAY LINE OF SAID HUTCHISON BOULEVARD, ON THE ARC OF A CURVE CONCAVE TO THE SOUTH, 868.11 FEET TO POINT NON-TANGENT TO SAID CURVE, WHICH HAS A RADIUS OF 1869.86 FEET, AND A CHORD LENGTH OF 860.00 FEET, BEARING SOUTH 74 DEGREES 52 MINUTES 58 SECONDS EAST; THENCE CONTINUING ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE, SOUTH 55 DEGREES 39 MINUTES 42 SECONDS EAST, 311.68 FEET TO THE NORTHWESTERLY CORNER OF A PARCEL RECORDED IN OFFICIAL RECORDS BOOK 990, PAGE 1023 IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA; THENCE DEPARTING THE SOUTHERLY RIGHT-OF-WAY LINE OF SAID HUTCHISON BOULEVARD, RUN SOUTH 27 DEGREES 06 MINUTES 40 SECONDS WEST, ALONG THE WESTERLY LINE OF SAID PARCEL, 1148.25 FEET TO THE NORTHEASTERLY RIGHT-OF-WAY LINE OF KUKLA DRIVE AND DESCRIBED IN OFFICIAL RECORDS BOOK 245, PAGE 1517 IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA; THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF SAID KUKLA DRIVE FOR THE FOLLOWING COURSES AND DISTANCES: THENCE NORTH 38 DEGREES 22 MINUTES 56 SECONDS WEST 476.00 FEET; THENCE NORTH 04 DEGREES 07 MINUTES 34 SECONDS WEST, 297.45 FEET; THENCE NORTH 56 DEGREES 57 MINUTES 34 SECONDS WEST 386.27 FEET TO THE EAST RIGHT-OF-WAY OF SAID CLARA AVENUE; THENCE NORTH 06 DEGREES 08 MINUTES 26 SECONDS EAST, ALONG SAID EAST RIGHT-OF-WAY LINE, 283.53 FEET TO THE MONUMENTED SOUTHWEST CORNER OF A PARCEL RECORDED IN OFFICIAL RECORDS BOOK 1325, PAGE 854 IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA; THENCE NORTH 88 DEGREES 21 MINUTES 06 SECONDS EAST, ALONG THE SOUTH LINE OF SAID PARCEL, 240.07 FEET TO THE MONUMENTED SOUTHEAST CORNER OF SAID PARCEL; THENCE NORTH 05 DEGREES 41 MINUTES 03 SECONDS EAST, ALONG THE MONUMENTED EAST LINE OF SAID PARCEL AND THE EAST LINE OF A PARCEL RECORDED IN OFFICIAL RECORDS BOOK 1056, PAGE 726 IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA, AND THE EAST LINE OF A PARCEL, RECORDED IN OFFICIAL RECORDS BOOK 2119, PAGE 1442 IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA, 180.16 FEET TO NORTHWEST CORNER OF SAID PARCEL RECORDED IN OFFICIAL RECORDS BOOK 2119, PAGE 1442; THENCE SOUTH 88 DEGREES 16 MINUTES 36 SECONDS WEST, ALONG THE NORTH LINE OF SAID PARCEL, 239.40 FEET TO THE CURVING EAST RIGHT-OF-WAY LINE OF SAID CLARA AVENUE; THENCE NORTHERLY ALONG SAID EAST RIGHT-OF-WAY LINE ON THE ARC OF A CURVE CONCAVE TO THE WEST, 81.88 FEET TO THE SOUTH RIGHT-OF-WAY LINE OF SAID HUTCHISON BOULEVARD AND THE POINT OF BEGINNING, SAID CURVE HAVING A RADIUS OF 3869.02 FEET, AND A CHORD LENGTH OF 81.88 FEET, BEARING NORTH 04 DEGREES 25 MINUTES 38 SECONDS EAST.

PARCEL 2
A PARCEL OF LAND BEING A PORTION OF ORIGINAL GOVERNMENT LOTS 1 AND 2 OF FRACTIONAL SECTION 27, TOWNSHIP 3 SOUTH, RANGE 16 WEST, BAY COUNTY, FLORIDA AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE INTERSECTION OF THE SOUTH RIGHT-OF-WAY LINE OF HUTCHISON BOULEVARD (RIGHT-OF-WAY VARIES) AND THE EAST RIGHT-OF-WAY LINE OF CLARA AVENUE (100.00 FOOT WIDE RIGHT-OF-WAY); THENCE SOUTHERLY ALONG THE EAST RIGHT-OF-WAY LINE OF SAID CLARA AVENUE, ON THE ARC OF A CURVE CONCAVE TO THE WEST, 157.95 FEET TO A POINT OF TANGENCY, SAID CURVE HAVING A RADIUS OF 3869.02 FEET, AND A CHORD LENGTH OF 157.93 FEET, BEARING SOUTH 04 DEGREES 59 MINUTES 25 SECONDS WEST; THENCE CONTINUING ALONG SAID EAST RIGHT-OF-WAY LINE, SOUTH 06 DEGREES 08 MINUTES 26 SECONDS WEST, 461.45 FEET TO THE SOUTHWESTERLY RIGHT-OF-WAY LINE OF KUKLA DRIVE AND DESCRIBED IN OFFICIAL RECORDS BOOK 245, PAGE 517 IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA; THENCE ALONG THE SOUTHERLY RIGHT-OF-WAY LINE OF SAID KUKLA DRIVE FOR THE FOLLOWING COURSES AND DISTANCES: THENCE SOUTH 56 DEGREES 57 MINUTES 34 SECONDS EAST, 320.00 FEET; THENCE SOUTH 04 DEGREES 07 MINUTES 34 SECONDS EAST, 79.15 FEET TO ITS INTERSECTION WITH THE EXTENSION OF THE NORTH LINE OF A PARCEL RECORDED IN OFFICIAL RECORDS BOOK 1268, PAGE 1978 IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA AS

File Number: 05-3236

Legal Description with Non Homestead
Closer's Choice

MONUMENTED; THENCE SOUTH 87 DEGREES 20 MINUTES 23 SECONDS WEST, ALONG THE NORTH LINE OF SAID PARCEL, AND ITS EXTENSION, 124.58 FEET TO THE NORTHWEST CORNER OF SAID PARCEL AS MONUMENTED; THENCE SOUTH 02 DEGREES 38 MINUTES 38 SECONDS EAST, ALONG THE WEST LINE OF SAID PARCEL 149.62 FEET TO THE SOUTHWEST CORNER OF SAID PARCEL AND MONUMENTED; THENCE NORTH 87 DEGREES 29 MINUTES 06 SECONDS EAST, ALONG THE SOUTH LINE OF SAID PARCEL AND ITS EXTENSION AS MONUMENTED, 128.46 FEET TO THE WEST RIGHT-OF-WAY LINE OF SAID KUKLA DRIVE; THENCE SOUTH 04 DEGREES 07 MINUTES 34 SECONDS EAST ALONG THE WEST RIGHT-OF-WAY LINE OF SAID KUKLA DRIVE 55.85 FEET TO A POINT OF INTERSECTION; THENCE CONTINUING ALONG THE RIGHT-OF-WAY LINE OF SAID KUKLA DRIVE SOUTH 38 DEGREES 22 MINUTES 56 SECONDS EAST, 605.00 FEET TO A POINT OF INTERSECTION WITH A CURVE NON TANGENT TO SAID RIGHT-OF-WAY LINE; THENCE SOUTHEASTERLY ALONG SAID RIGHT-OF-WAY LINE ON THE ARC OF A CURVE CONCAVE TO THE SOUTHWEST 273.08 FEET TO THE NORTHWESTERLY CORNER OF A PARCEL RECORDED IN OFFICIAL RECORDS BOOK 47, PAGE 43 IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA, SAID CURVE HAVING A RADIUS OF 34897.50 FEET AND A CHORD LENGTH OF 273.08 FEET BEARING SOUTH 56 DEGREES 36 MINUTES 09 SECONDS EAST; THENCE SOUTH 27 DEGREES 06 MINUTES 40 SECONDS WEST ALONG THE WESTERLY LINE OF SAID PARCEL, 121.01 FEET TO THE NORTHEASTERLY CORNER OF A PARCEL RECORDED IN OFFICIAL RECORDS BOOK 1088, PAGE 1608 IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA; THENCE NORTHWESTERLY ALONG THE NORTHEASTERLY LINE OF SAID PARCEL, ON THE ARC OF A CURVE CONCAVE TO THE SOUTHWEST, 241.47 FEET TO THE NORTH WESTERLY CORNER OF SAID PARCEL, SAID CURVE HAVING A RADIUS OF 34777.27 FEET, AND A CHORD LENGTH OF 241.47 FEET, BEARING NORTH 56 DEGREES 33 MINUTES 17 SECONDS WEST; THENCE SOUTH 27 DEGREES 06 MINUTES 57 SECONDS WEST, ALONG THE NORTHWESTERLY LINE OF SAID PARCEL, 200.63 FEET; THENCE NORTH 56 DEGREES 57 MINUTES 34 SECONDS WEST, 60.32 FEET; THENCE SOUTH 27 DEGREES 06 MINUTES 57 SECONDS WEST, 168.03 FEET; THENCE NORTH 56 DEGREES 50 MINUTES 10 SECONDS WEST, 57.32 FEET; THENCE NORTH 27 DEGREES 06 MINUTES 57 SECONDS EAST, 167.91 FEET; THENCE NORTH 56 DEGREES 57 MINUTES 34 SECONDS WEST, 3.02 FEET; THENCE NORTH 27 DEGREES 06 MINUTES 57 SECONDS EAST, 100.00 FEET; THENCE NORTH 51 DEGREES 24 MINUTES 38 SECONDS WEST, 152.24 FEET; THENCE SOUTH 27 DEGREES 06 MINUTES 57 SECONDS WEST, 114.80 FEET; THENCE NORTH 56 DEGREES 57 MINUTES 34 SECONDS WEST, 343.01 FEET; THENCE NORTH 06 DEGREES 34 MINUTES 10 SECONDS EAST, 100.00 FEET, THENCE NORTH 56 DEGREES 57 MINUTES 34 SECONDS WEST, 187.57 FEET; THENCE SOUTHEASTERLY ON THE ARC OF A CURVE CONCAVE TO THE WEST A DISTANCE OF 151.45 FEET TO A POINT SAID CURVE HAVING A RADIUS OF 724.69 FEET, AND A CHORD LENGTH OF 151.17 FEET, BEARING NORTH 19 DEGREES 21 MINUTES 28 SECONDS EAST; THENCE SOUTH 56 DEGREES 57 MINUTES 34 SECONDS EAST, 159.07 FEET; THENCE NORTH 06 DEGREES 34 MINUTES 10 SECONDS EAST, 443.75 FEET; THENCE NORTH 56 DEGREES 57 MINUTES 34 SECONDS WEST, 156.33 FEET; THENCE NORTH 06 DEGREES 08 MINUTES 26 SECONDS EAST, 119.03 FEET TO THE POINT OF BEGINNING.

```
Label Matrix for local noticing          *AI GROUP                                *AMERICAN ARBITRATION ASSN
1129-5                                   3424 Peachtree Dr., Ste.1600             2200 Century Pkwy., Ste. 3
Case 09-50004-LMK                        Atlanta, GA 30326-1139                   Atlanta, GA 30345-3103
Northern District of Florida
Panama City
Thu Aug  6 14:56:46 EDT 2009

*ATLANTIC HOSPITALITY ADVISORS           *BISHOPS FAMILY BUFFET                   *CENTRAL PROGRESSIVE BANK
3475 Lenox Rd. NE                        c/o Mr. George Martin                    111 North Oak Street
Atlanta, GA 30326-3227                   Hibiscus III, 3880 North A1A             Hammond, LA 70401-3240
                                         N. Hutchinson Island, FL 34949


*Central Progessive Bank                 *DJ Enterprises of Panama City, Inc.     *L3 COMMUNICATIONS TITAN CORP
c/o Adams and Reese LLP                  c/o Timothy J. Sloan, Esq.               1501 Merchants Way
701 Poydras Street, Suite 4500           PO box 2327                              Niceville, FL 32578-9728
New Orleans, LA 70139-7755               Panama City, FL 32402-2327


*Peggy C. Brandon, Tax Collector         *Peggy C. Brannon, Tax Collector         *Plymouth Park Tax Services, LLC
PO Box 2285                              c/o Jerry W. Gerde, Esq.                 c/o Corporation Trust Company
Panama City, FL 32402-2285               239 E. 4th St.                           1209 Orange Street
                                         Panama City, FL 32401-3110               Corporation Trust Center
                                                                                  Wilmington, DE 19801-1196


*REECE HOOPES AND FINCHER                *TUBA IV, LLC                            Bishop's Family Buffet, Inc.
400 Perimeter Center Ter., Ste. 85       c/o Delaware Corporate Services, Inc.    c/o George Martin, Hibiscus III
Atlanta, GA 30346-1227                   1220 N. Market St., Ste. 850             3880 N A1A
                                         Wilmington, DE 19801-2595                N Hutchinson Island, FL 34949-8500


Central Progressive Bank                 Century Development Group, Inc.          Certified Carpet Cleaners
c/o Robin B. Cheatham                    345 Hidden Lake Dr                       PO Box 1616
Adams and Reese LLP                      Clnton, OH 44216-9685                    Lynn Haven, FL 32444-6416
701 Poydras Street, Suite 4500
New Orleans, LA 70139-4596


Robin B. Cheatham                        Cornerstone Development Co., LLC         DJ Enterprises of Panama City, Inc.
Adams and Reese, LLP                     4393 Commons Dr. East
701 Poydras Street, Suite 4500           Destin, FL 32541-3456
One Shell Square
New Orleans, LA 70139


DP Rossi Investments Ine                 Daniel P. Rossi                          Dyer Riddle Mills & Precourt Ine
344 Brooks SI                            344 Brooks Street                        PO Box 850001
Fort Walton Beach, FL 32548-7238         Fort Walton Beach, FL 32548-7238         Orlando, FL 32885-0001


Charles F. Edwards                       W. Keith Fendrick                        Florida Dept. of Labor/Employment Security
Office of U.S. Trustee                   Holland & Knight LLP                     c/o Florida Dept. of Revenue
110 East Park Avenue                     100 N. Tampa Street                      P.O. Box 6668
Suite 128                                Suite 4100                               Tallahassee, FL 32314-6668
Tallahassee, FL 32301-7728               Tampa, FL 33602-3644


Florida Dept. of Revenue                 Jerry W. Gerde                           Greenburg Traurig
Bankruptcy Unit                          Johnston, Harris, Gerde & Jelks, P.A.    PO Box 1838
P.O. Box 6668                            239 E. 4th Street                        Tallahassee, FL 32302-1838
Tallahassee, FL 32314-6668               Panama City, FL 32401-3158
```

| | | |
|---|---|---|
| Hall & Runnels<br>4399 Commons Drive E<br>#300<br>Destin, FL 32541-8439 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Jay Vorndran<br>4316 Nichols Rd<br>Medina, OH 44256-7207 |
| Jaymar Holdings, LP<br>3117WingedFootDrive<br>Lakeland, FL 33803 | Jaymar Holdings, LP<br>4316 Nichols Rd<br>Medina, OH  44256-7207 | John A. McNeil,Jr.<br>4502 Oide Plantation Place<br>Destin, FL 32541-3425 |
| Joseph Silva, Jr., P.A.<br>J03 w. 5th Street<br>Panama City, FL 3240] | Peter Keisler, Attorney General of the US<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Lamar Advertising<br>PO Box 66338<br>Baton Rouge, LA 70896-6338 |
| Louis L. Long Jr.<br>Chesser & Barr, P.A.<br>1201 Eglin Parkway<br>Shalimar, FL 32579-1245 | Mark Tanney<br>2504 Pelican Bay Dr<br>Panama City, FL 32408-7046 | MarneVorndran<br>4316NieholsRd<br>Medina, OH 44256 |
| PEGGY BRANNON, TAX COLLECTOR, BAY COUNTY, FL<br>c/o Jerry W. Gerde, Esq.<br>239 E 4th St.<br>Panama City, FL 32401-3110 | Plymouth Park Tax Services LLC<br>115 South Jefferson Road<br>Bldg D-4<br>Whippany, NJ 07981-1029 | Plymouth Park Tax Services LLC<br>115 S. Jefferson Road, Bldg. D-4<br>Whippany, NJ 07981-1029 |
| Plymouth Park Tax Services, LLC<br>c/o W. Keith Fendrick, Esq.<br>100 N. Tampa St., Ste. 2700<br>Tampa, FL 33602-5810 | Plymouth Park Tax Services, LLC<br>c/o W. Keith Fendrick, Esq.<br>Foley & Lardner LLP<br>100 N. Tampa St., Ste. 2700<br>Tampa, FL 33602-5810 | Plymouth Park Tax Servies, LLC<br>c/o W. Keith Fendrick, Esq.<br>100 North Tampa St.,Ste. 2700<br>Tampa, FL 33602-5810 |
| Premium Assignment Corp<br>PO Box 3]Q0<br>Tallahassee, FL 32302-0003 | Rare Earth, Inc.<br>717 Bayshore Drive<br>Niceville, FL 32578-2546 | Robert Tucker<br>1389Norview<br>Clinton, OH 44216-8802 |
| Secretary of the Treasury<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | Joseph Silva Jr.<br>Joseph Silva, Jr., P.A.<br>103 West 5th Street<br>Panama City, FL 32401-2603 | Timothy J. Sloan<br>Timothy J. Sloan, P.A.<br>427 McKenzie Avenue<br>Panama City, FL 32401-3132 |
| Sterling Generations, LLC<br>4393 Commons Drive East<br>Destin, FL 32541-3456 | Susan Tanney<br>2504 Pelican Bay Dr<br>Panama City, FL 32408-7046 | Taco Bell Corp.<br>17901 Von Karman Ave<br>Irvine, CA 92614-6297 |
| Tapestry Park Land Co.<br>2504 Pelican Bay Dr<br>Panama City, FL 32408-7046 | Tapestry Park South<br>c/o Davage Runnells, III<br>4399 Commons Drive East #300<br>Destin, FL 32541-8439 | Timothy Harvey<br>345 Hidden Lake Dr<br>Bath,OH 44210 |

| | | |
|---|---|---|
| U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301-7736 | U.S. Securities & Exchange Commission<br>Branch of Reorganization<br>3475 Lenox Rd., N.E. Suite 100<br>Atlanta, GA 30326-3227 | USA Beachwear, IDC. & Danial Sanani<br>12526 Front Beach Rd<br>Panama City Beach, FL 32407-3327 |
| United States Trustee<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | WOW Investors, LLC<br>c/o Davage Runnels, III<br>4399 Commons Drive East #300<br>Destin, FL 32541-8439 | Waste Management<br>PO Box 105453<br>Atlanta, GA 30348-5453 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)*WILSON PRICE BARRANCO<br>PO Box 3295<br>AL 36193 | (u)Bishops Family Buffet | (u)Chiron Financial Advisors, LLC |
| (u)Davage J. Runnels, Jr.<br>PO Box 247<br>Destin, FL 32540 | (u)Lewis M. Killian Jr. | End of Label Matrix<br>Mailable recipients   65<br>Bypassed recipients    5<br>Total                 70 |