IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

STERLING GENERATIONS, LLC,          CASE NO. 09-50004

Debtor         Chapter 11

**AMENDED ORDER ON JOINT MOTION TO APPROVE SALE OF
PROPERTY FREE AND CLEAR OF LIENS TO
CENTRAL PROGRESSIVE BANK**

THIS CAUSE, having come on for hearing on Plymouth Park Tax Services, LLC's Motion to Reconsider Entry of Order on Joint Motion to Approve Sale of Property Free and Clear of Liens to Central Progressive Bank and the Court having considered the Motion to Reconsider and considering the agreement of counsel as evidenced by their signatures affixed herein below and otherwise being fully advised in the premises, it is:

ORDERED and ADJUDGED as follows:

1. That Central Progressive Bank is determined to be the sole and only qualified bidder pursuant to the Auction conducted on June 1, 2009, as authorized by Order dated May 11, 2009 as to the Property more particularly described on Exhibit "A" attached hereto;

2. That Sterling Generations, LLC ("Debtor") or such other appropriate entity including but not limited to the Clerk of Court of the United States Bankruptcy Court Northern District of Florida be and is hereby authorized to execute any and all documents to sell, transfer and convey the Property more particularly described on Exhibit "A" attached hereto to Central Progressive Bank, its designee and/or assignee;

3. Central Progressive Bank is deemed a good faith purchaser under 11 U.S.C. § 363(n);

4. The Sale of the Property more particularly described on Exhibit "A" attached hereto to Central Progressive Bank, its designee and/or assignee shall be free and clear of all liens, claims and encumbrances subject to the leasehold interest of D J Enterprises of Panama City, Inc. is hereby approved;

5. That the Clerk of Court of Bay County, State of Florida is directed to cancel and erase any and all liens, claims and encumbrances except (a) the interest of Plymouth Park Tax Services, LLC, arising from Tax Certificate Number 5026, which will be cancelled and erased when paid and (b) the leasehold interest of DJ Enterprises of Panama City, Inc., but only in so far as it applies to the Property more particularly described on Exhibit "A" with Central Progressive Bank reserving any and all rights, claims and causes of action against any person or entity arising in, out of or in connection with the Promissory Note, Mortgage dated December 29, 2005, and any and all Personal Guaranties executed in connection therewith; and

6. The stay of this Order under Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is hereby waived and this Order shall be effective upon entry.

DONE and ORDERED this 30 day of October, 2009.

_____
LEWIS M. KILLIAN, JR.
Chief U.S. Bankruptcy Judge

Prepared by:
Robin B. Cheatham, Esq.

Approved by:

*/s/ Robin B. Cheatham*

Robin B. Cheatham, LA Bar No. 4004
ADAMS AND REESE LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Ph: (504) 581-3234
Counsel for Central Progressive Bank


*/s/ W. Keith Fendrick by Robin B. Cheatham by permission*

W. Keith Fendrick, FL Bar No. 0612154
HOLLAND & KNIGHT, LLP
100 N. Tampa Street
Suite 4100
Tampa, FL 33602
Ph: (813) 227-6707
Counsel for Plymouth Park Tax Services, LLC

Copies to:

D. Michael Chesser, Esq.
Robin Cheatham, Esq. U.S.
Trustee
Jerry W. Gerde, Esq.
W. Keith Frederick, Esq.
Timothy J. Sloan, Esq.
Plymouth Park Tax Services, LLC All creditors

## EXHIBIT "A"

PARCEL 1
A PARCEL OF LAND BEING A PORTION OF ORIGINAL GOVERNMENT LOTS 1 AND 2 OF FRACTIONAL SECTION 27, TOWNSHIP 3 SOUTH, RANGE 16 WEST, BAY COUNTY, FLORIDA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

FOR A POINT OF BEGINNING, COMMENCE AT THE INTERSECTION OF THE SOUTH RIGHT-OF-WAY LINE OF HUTCHISON BOULEVARD (RIGHT-OF-WAY VARIES) AND THE EAST RIGHT-OF-WAY LINE OF CLARA AVENUE (100.00 FOOT WIDE RIGHT-OF-WAY); THENCE SOUTH 88 DEGREES 10 MINUTES 59 SECONDS EAST ALONG THE SOUTH RIGHT-OF-WAY LINE OF SAID HUTCHISON BOULEVARD, 20.94 FEET TO A POINT OF CURVATURE; THENCE SOUTHEASTERLY ALONG THE SOUTHERLY RIGHT-OF-WAY LINE OF SAID HUTCHISON BOULEVARD, ON THE ARC OF A CURVE CONCAVE TO THE SOUTH, 868.11 FEET TO POINT NON-TANGENT TO SAID CURVE, WHICH HAS A RADIUS OF 1869.86 FEET, AND A CHORD LENGTH OF 860.00 FEET, BEARING SOUTH 74 DEGREES 52 MINUTES 58 SECONDS EAST; THENCE CONTINUING ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE, SOUTH 55 DEGREES 39 MINUTES 42 SECONDS EAST, 311.68 FEET TO THE NORTHWESTERLY CORNER OF A PARCEL RECORDED IN OFFICIAL RECORDS BOOK 990, PAGE 1023 IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA; THENCE DEPARTING THE SOUTHERLY RIGHT-OF-WAY LINE OF SAID HUTCHISON BOULEVARD, RUN SOUTH 27 DEGREES 06 MINUTES 40 SECONDS WEST, ALONG THE WESTERLY LINE OF SAID PARCEL, 1148.25 FEET TO THE NORTHEASTERLY RIGHT-OF-WAY LINE OF KUKLA DRIVE AND DESCRIBED IN OFFICIAL RECORDS BOOK 245, PAGE 1517 IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA; THENCE ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF SAID KUKLA DRIVE FOR THE FOLLOWING COURSES AND DISTANCES: THENCE NORTH 38 DEGREES 22 MINUTES 56 SECONDS WEST 476.00 FEET; THENCE NORTH 04 DEGREES 07 MINUTES 34 SECONDS WEST, 297.45 FEET; THENCE NORTH 56 DEGREES 57 MINUTES 34 SECONDS WEST 386.27 FEET TO THE EAST RIGHT-OF-WAY OF SAID CLARA AVENUE; THENCE NORTH 06 DEGREES 08 MINUTES 26 SECONDS EAST, ALONG SAID EAST RIGHT-OF-WAY LINE, 283.53 FEET TO THE MONUMENTED SOUTHWEST CORNER OF A PARCEL RECORDED IN OFFICIAL RECORDS BOOK 1325, PAGE 854 IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA; THENCE NORTH 88 DEGREES 21 MINUTES 06 SECONDS EAST, ALONG THE SOUTH LINE OF SAID PARCEL, 240.07 FEET TO THE MONUMENTED SOUTHEAST CORNER OF SAID PARCEL; THENCE NORTH 05 DEGREES 41 MINUTES 03 SECONDS EAST, ALONG THE MONUMENTED EAST LINE OF SAID PARCEL AND THE EAST LINE OF A PARCEL RECORDED IN OFFICIAL RECORDS BOOK 1056, PAGE 726 IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA, AND THE EAST LINE OF A PARCEL, RECORDED IN OFFICIAL RECORDS BOOK 2119, PAGE 1442 IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA, 180.16 FEET TO NORTHWEST CORNER OF SAID PARCEL RECORDED IN OFFICIAL RECORDS BOOK 2119, PAGE 1442; THENCE SOUTH 88 DEGREES 16 MINUTES 36 SECONDS WEST, ALONG THE NORTH LINE OF SAID PARCEL, 239.40 FEET TO THE CURVING EAST RIGHT-OF-WAY LINE OF SAID CLARA AVENUE; THENCE NORTHERLY ALONG SAID EAST RIGHT-OF-WAY LINE ON THE ARC OF A CURVE CONCAVE TO THE WEST, 81.88 FEET TO THE SOUTH RIGHT-OF-WAY LINE OF SAID HUTCHISON BOULEVARD AND THE POINT OF BEGINNING, SAID CURVE HAVING A RADIUS OF 3869.02 FEET, AND A CHORD LENGTH OF 81.88 FEET, BEARING NORTH 04 DEGREES 25 MINUTES 38 SECONDS EAST.

PARCEL 2
A PARCEL OF LAND BEING A PORTION OF ORIGINAL GOVERNMENT LOTS 1 AND 2 OF FRACTIONAL SECTION 27, TOWNSHIP 3 SOUTH, RANGE 16 WEST, BAY COUNTY, FLORIDA AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE INTERSECTION OF THE SOUTH RIGHT-OF-WAY LINE OF HUTCHISON BOULEVARD (RIGHT-OF-WAY VARIES) AND THE EAST RIGHT-OF-WAY LINE OF CLARA AVENUE (100.00 FOOT WIDE RIGHT-OF-WAY); THENCE SOUTHERLY ALONG THE EAST RIGHT-OF-WAY LINE OF SAID CLARA AVENUE, ON THE ARC OF A CURVE CONCAVE TO THE WEST, 157.95 FEET TO A POINT OF TANGENCY, SAID CURVE HAVING A RADIUS OF 3869.02 FEET, AND A CHORD LENGTH OF 157.93 FEET, BEARING SOUTH 04 DEGREES 59 MINUTES 25 SECONDS WEST; THENCE CONTINUING ALONG SAID EAST RIGHT-OF-WAY LINE, SOUTH 06 DEGREES 08 MINUTES 26 SECONDS WEST, 461.45 FEET TO THE SOUTHWESTERLY RIGHT-OF-WAY LINE OF KUKLA DRIVE AND DESCRIBED IN OFFICIAL

RECORDS BOOK 245, PAGE 517 IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA; THENCE ALONG THE SOUTHERLY RIGHT-OF-WAY LINE OF SAID KUKLA DRIVE FOR THE FOLLOWING COURSES AND DISTANCES: THENCE SOUTH 56 DEGREES 57 MINUTES 34 SECONDS EAST, 320.00 FEET; THENCE SOUTH 04 DEGREES 07 MINUTES 34 SECONDS EAST, 79.15 FEET TO ITS INTERSECTION WITH THE EXTENSION OF THE NORTH LINE OF A PARCEL RECORDED IN OFFICIAL RECORDS BOOK 1268, PAGE 1978 IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA AS MONUMENTED; THENCE SOUTH 87 DEGREES 20 MINUTES 23 SECONDS WEST, ALONG THE NORTH LINE OF SAID PARCEL, AND ITS EXTENSION, 124.58 FEET TO THE NORTHWEST CORNER OF SAID PARCEL AS MONUMENTED; THENCE SOUTH 02 DEGREES 38 MINUTES 38 SECONDS EAST, ALONG THE WEST LINE OF SAID PARCEL 149.62 FEET TO THE SOUTHWEST CORNER OF SAID PARCEL AND MONUMENTED; THENCE NORTH 87 DEGREES 29 MINUTES 06 SECONDS EAST, ALONG THE SOUTH LINE OF SAID PARCEL AND ITS EXTENSION AS MONUMENTED, 128.46 FEET TO THE WEST RIGHT-OF-WAY LINE OF SAID KUKLA DRIVE; THENCE SOUTH 04 DEGREES 07 MINUTES 34 SECONDS EAST ALONG THE WEST RIGHT-OF-WAY LINE OF SAID KUKLA DRIVE 55.85 FEET TO A POINT OF INTERSECTION; THENCE CONTINUING ALONG THE RIGHT-OF-WAY LINE OF SAID KUKLA DRIVE SOUTH 38 DEGREES 22 MINUTES 56 SECONDS EAST, 605.00 FEET TO A POINT OF INTERSECTION WITH A CURVE NON TANGENT TO SAID RIGHT-OF-WAY LINE; THENCE SOUTHEASTERLY ALONG SAID RIGHT-OF-WAY LINE ON THE ARC OF A CURVE CONCAVE TO THE SOUTHWEST 273.08 FEET TO THE NORTHWESTERLY CORNER OF A PARCEL RECORDED IN OFFICIAL RECORDS BOOK 47, PAGE 43 IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA, SAID CURVE HAVING A RADIUS OF 34897.50 FEET AND A CHORD LENGTH OF 273.08 FEET BEARING SOUTH 56 DEGREES 36 MINUTES 09 SECONDS EAST; THENCE SOUTH 27 DEGREES 06 MINUTES 40 SECONDS WEST ALONG THE WESTERLY LINE OF SAID PARCEL, 121.01 FEET TO THE NORTHEASTERLY CORNER OF A PARCEL RECORDED IN OFFICIAL RECORDS BOOK 1088, PAGE 1608 IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA; THENCE NORTHWESTERLY ALONG THE NORTHEASTERLY LINE OF SAID PARCEL, ON THE ARC OF A CURVE CONCAVE TO THE SOUTHWEST, 241.47 FEET TO THE NORTH WESTERLY CORNER OF SAID PARCEL, SAID CURVE HAVING A RADIUS OF 34777.27 FEET, AND A CHORD LENGTH OF 241.47 FEET, BEARING NORTH 56 DEGREES 33 MINUTES 17 SECONDS WEST; THENCE SOUTH 27 DEGREES 06 MINUTES 57 SECONDS WEST, ALONG THE NORTHWESTERLY LINE OF SAID PARCEL, 200.63 FEET; THENCE NORTH 56 DEGREES 57 MINUTES 34 SECONDS WEST, 60.32 FEET; THENCE SOUTH 27 DEGREES 06 MINUTES 57 SECONDS WEST, 168.03 FEET; THENCE NORTH 56 DEGREES 50 MINUTES 10 SECONDS WEST, 57.32 FEET; THENCE NORTH 27 DEGREES 06 MINUTES 57 SECONDS EAST, 167.91 FEET; THENCE NORTH 56 DEGREES 57 MINUTES 34 SECONDS WEST, 3.02 FEET; THENCE NORTH 27 DEGREES 06 MINUTES 57 SECONDS EAST, 100.00 FEET; THENCE NORTH 51 DEGREES 24 MINUTES 38 SECONDS WEST, 152.24 FEET; THENCE SOUTH 27 DEGREES 06 MINUTES 57 SECONDS WEST, 114.80 FEET; THENCE NORTH 56 DEGREES 57 MINUTES 34 SECONDS WEST, 343.01 FEET; THENCE NORTH 06 DEGREES 34 MINUTES 10 SECONDS EAST, 100.00 FEET, THENCE NORTH 56 DEGREES 57 MINUTES 34 SECONDS WEST, 187.57 FEET; THENCE SOUTHEASTERLY ON THE ARC OF A CURVE CONCAVE TO THE WEST A DISTANCE OF 151.45 FEET TO A POINT SAID CURVE HAVING A RADIUS OF 724.69 FEET, AND A CHORD LENGTH OF 151.17 FEET, BEARING NORTH 19 DEGREES 21 MINUTES 28 SECONDS EAST; THENCE SOUTH 56 DEGREES 57 MINUTES 34 SECONDS EAST, 159.07 FEET; THENCE NORTH 06 DEGREES 34 MINUTES 10 SECONDS EAST, 443.75 FEET; THENCE NORTH 56 DEGREES 57 MINUTES 34 SECONDS WEST, 156.33 FEET; THENCE NORTH 06 DEGREES 08 MINUTES 26 SECONDS EAST, 119.03 FEET TO THE POINT OF BEGINNING.

Parcel 3
BEGINNING AT A POINT WHERE THE EAST LINE OF THE WILLIAM L. BROWN AND WIFE, GERTRUDE K. BROWN PROPERTY (DESCRIBED IN DEED OF SEPTEMBER 27, 1941, FROM IRA A. HUTCHINSON ET UX TO THEM, RECORDED IN DEED BOOK 95, PAGE 67, RECORDS OF BAY COUNTY, FLORIDA) CROSSES THE CENTERLINE OF U.S. HIGHWAY NO. 98, OR STATE HIGHWAY 10, SAID POINT OF BEGINNING BEING LOCATED 359.3 FEET SOUTHEASTERLY FROM THE POINT OF INTERSECTION OF THE WEST LINE OF ORIGINAL GOVORNMENT LOT 2, SECTION 27, TOWNSHIP 3 SOUTH, RANGE 16 WEST WITH THE CENTERLINE OF SAID HIGHWAY; THENCE SOUTHEASTERLY DOWN THE CENTERLINE OF SAID HIGHWAY 200 FEET; THENCE NORTH 22.5 DEGREES EAST, 200 FEET; THENCE NORTHWESTERLY PARALLEL TO THE CENTER LINE OF SAID HIGHWAY TO THE EASTERN BOUNDARY OF SAID WILLIAM L. BROWN AND GERTRUDE K. BROWN TRACT; THENCE SOUTHWARD ALONG THE EAST LINE OF SAID WILLIAM L. BROWN AND GERTRUDE K. BROWN

Legal Description
File No.: 05-3236

TRACT TO SAID POINT OF BEGINNING. LESS AND EXCEPT THE RIGHT-OF-WAY FOR SAID HIGHWAY (U.S. 98 STATE ROAD 10). SAID LAND LOCATED IN ORIGINAL GOVERNMENT LOT 2, SECTION 27, TOWNSHIP 3 SOUTH, RANGE 16 WEST.

LESS AND EXCEPT:
COMMENCE AT THE INTERSECTION OF THE NORTHERLY RIGHT OF WAY LINE OF STATE ROAD NO. 30 (U.S. ALTERNATE 98) AND THE EAST LINE OF THE WILLIAM L. BROWN AND GERTRUDE K. BROWN PROPERTY AS DESCRIBED IN BAY COUNTY DEED BOOK 95, PAGE 67; THENCE N04°48'E ALONG SAID EAST LINE FOR 101.54 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE N04°48'E ALONG SAID EAST LINE FOR 85.04 FEET; THENCE SOUTHEASTERLY PARALLEL WITH THE CENTERLINE OF SAID STATE ROAD NO. 30 FOR 32.00 FEET; THENCE SOUTHWESTERLY AT AN INTERIOR ANGLE OF 94°26'55" LEFT FOR 76.35 FEET TO THE POINT OF BEGINNING. BEING A PORTION OF GOVERNMENT LOT 2, SECTION 27, TOWNSHIP 3 SOUTH, RANGE 16 WEST, BAY COUNTY, FLORIDA.

ALSO DESCRIBED AS FOLLOWS:
COMMENCE AT THE INTERSECTION OF THE CENTERLINE OF U.S. HIGHWAY NO. 98A (66.0 FOOT WIDE RIGHT-OF-WAY) AND A STRAIGHT LINE RUNNING FROM THE NORTHEAST CORNER OF U.S. GOVERNMENT LOT 1 TO THE SOUTHWEST CORNER OF GOVERNMENT LOT 1 OF SECTION 27, TOWNSHIP 3 SOUTH, RANGE 16 WEST, BAY COUNTY, FLORIDA; THENCE NORTH 56°57'34" WEST ALONG THE CENTERLINE OF SAID U.S. HIGHWAY 98A, 1136.22 FEET; THENCE NORTH 27°06'40" EAST, PARRALLEL TO SAID STRAIGHT LINE RUNNING BETWEEN THE NORTHEAST CORNER AND THE SOUTHWEST CORNER OF GOVERNMENT LOT 1, 33.02 FEET TO THE NORTHEASTERLY RIGHT-OF-WAY LINE OF SAID U.S. HIGHWAY NO. 98A; THENCE NORTH 56°57'34" WEST, ALONG THE NORTHEASTERLY RIGHT-OF-WAY LINE OF SAID U.S. HIGHWAY NO. 98A, 305.94 FEET TO THE SOUTHWESTERLY CORNER OF A PARCEL RECORDED IN OFFICIAL RECORDS BOOK 2019, PAGE 1677, IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA, AND THE POINT OF BEGINNING; THENCE CONTINUING NORTH 56°57'34" WEST, ALONG SAID NORTHEASTERLY RIGHT-OF-WAY, 220.26 FEET TO THE SOUTHEASTERLY CORNER OF A PARCEL RECORDED IN OFFICIAL RECORDS BOOK 1781, PAGE 2342, IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF BAY COUNTY, FLORIDA; THENCE NORTH 06°23'16"EAST, ALONG THE EASTERLY LINE OF SAID PARCEL 101.54 FEET; THENCE CONTINUING ALONG THE EASTERLY LINE OF SAID PARCEL, NORTH 28°25'09" EAST, 76.50 FEET TO A POINT BEING ON THE BOUNDARY LINE OF SAID PARCEL RECORDED IN OFFICIAL RECORDS BOOK 1781, PAGE 2342; THENCE SOUTH 56°57'34" EAST, ALONG A LINE PARALLEL TO AND 200.00 FEET NORTHERLY OF THE CENTERLINE OF SAID U.S. HIGHWAY NO. 98A, 272.08 FEET TO THE NORTHWEST CORNER OF SAID PARCEL RECORDED IN OFFICIAL RECORDS BOOK 2019, PAGE 1677; THENCE SOUTH 33°02'28" WEST, ALONG THE WESTERLY LINE OF SAID PARCEL, 167.00 FEET TO THE POINT OF BEGINNING.

Legal Description
File No.: 05-3236